# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2023-0992
_____

WILLIAMS LOWELL ROGERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

February 8, 2024

PER CURIAM.

DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Adrian S. Middleton of Sword & Shield Law Firm, Tallahassee, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.